ALFRED H. BRONSON, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Judgment affirmed, with costs, on authority of *Wareham v. Eagle Savings & Loan Company (ante,* p. 25), decided herewith. Putnam, Blackmar and Kelly, JJ., concurred; Thomas and Mills, JJ., dissented.

LeROY H. COWLEY, Respondent, v. ELIZABETH SHELLHOOS, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

HENRY L. DYER, as Sole Surviving Trustee, etc., of GEORGE JONES, Deceased, Appellant, v. KATHERINE M. NOLAN, Respondent, and Others, Defendants.— Judgment reversed, and judgment ordered for plaintiff, with costs, upon the ground that Silkman's undertaking with Nolan was personal, and was not, and did not purport to be, in any official capacity that Silkman bore to the Park Mortgage Company. The following requests to find, submitted by plaintiff to the trial court, are found: Findings of fact Nos. 27, 29, 30, 31, 37, 39; conclusions of law Nos. 7, 8, 10, 11, 13, 14, 15, 16, 19. The following findings of fact and conclusions of law are reversed: Findings of fact Nos. 15, 16, 17; conclusions of law Nos. 2, 3. Jenks, P. J., Thomas, Putnam and Blackmar, JJ., concurred; Mills, J., not voting. Order to be settled before Mr. Justice Thomas.

EAST BROOKLYN SAVINGS BANK, Respondent, v. HERMAN LIPSCHUTZ and Others, Defendants, Impleaded with ADOLPH FREEDMAN, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

CHARLES FEINSON, Respondent, v. MAX FRIEDLANDER, Defendant, and MAX MILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The record does not disclose whether the order appealed from was made by the court or the county judge. The execution, the form of which is attacked, is not printed in the appeal papers. The respondent asserts that it complied with the Code requirements. The order appealed from recites that it was made upon the moving papers and " all other papers herein," from which we must assume that the writ of body execution was before the court below, and that it was found to be legal and sufficient in form. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

DAVID B. FLEMING, as Administrator, etc., of WILLIAM R. FLEMING, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J.; Thomas, Blackmar, Kelly and Jaycox, JJ.